UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DAVID M. DENNING AND VALERIE DENNING, | Case No. 3:22-cv-00467-ART-CLB |
|---|---|
| Petitioners, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

On July 28, 2023, the Court issued an order enforcing the Internal Revenue Service summonses in this case. (ECF No. 11.) On November 4, 2024, the Court ordered parties to submit a status report by December 5, 2024, and warned parties the Court would close this case if they failed to do so. (ECF No. 12.)

Under LR 41-1, all civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte. Because parties failed to submit a status report by the Court's deadline and have not filed anything in this case for over a year, the Court dismisses this case under LR 41-1.

Therefore, the Clerk of Court is directed to CLOSE this case and enter judgment accordingly.

DATED: December 6, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE